| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>0314-3:CR-07-00279-002 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>4:10CR 50249-Tuc-RCC/DTF |

| NAME AND ADDRESS OF ~~PROBATIONER~~/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Michael Darby | Middle/Pennsylvania | Scranton |

FILED _____ LODGED
RECEIVED _____ COPY

OCT 26 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Edwin M. Kosik |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>3/8/2010 | TO<br>3/7/2013 |
|---|---|---|

**OFFENSE**

**Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 100 Kilograms of Marijuana – 21 U.S.C. § 846**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the ~~probationer~~/supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF ARIZONA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation/ supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 10/7/10 | |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF ARIZONA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named ~~probationer~~/supervised releasee be accepted and assumed by this court from and after the entry of this order.

| 10-26-10 | |
|---|---|
| Effective Date | United States District Judge |